IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

James Jeffrey Peters – #227842

_____/

No. C 13-80196 WHA

**ORDER OF SUSPENSION**

  Because James Jeffrey Peters has failed to respond to the order to show cause, Mr. Peters' membership in the bar of this Court is hereby **SUSPENDED**.

  **IT IS SO ORDERED.**

Dated: October 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE